IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRONTERA MULTISERVICES, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-00520 |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Frontera Multiservices, LLC and Defendant Scottsdale Insurance Company provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| */s/ Lory Pawlak (w/ permission PMK)* | */s/ Patrick M. Kemp* |
|---|---|

Michael Lawrence
Texas Bar No. 24055826
lawrencefirm@aol.com
Lawrence Law Firm
3112 Windsor Rd., Ste. A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 – Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFF FRONTERA MULTISERVICES, LLC**

OF COUNSEL:

Larry W. Lawrence, Jr.
Texas Bar No. 00794145
lawrencefirm@gmail.com
Celeste Guerra
State Bar No. 00795395
celesteguerralaw2017@gmail.com
Lory Pawlak
Texas Bar No. 24076706
lory.lawrencefirm@gmail.com
Lawrence Law Firm
3112 Windsor Rd., Ste. A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 – Facsimile

Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
(512) 476-7834
 (512) 476-7832 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

2

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 12th day of June, 2025 to:

Michael A. Lawrence
Larry W. Lawrence, Jr.
Celeste Guerra
Lory Pawlak
Lawrence Law Firm
3112 Windsor Rd., Ste. A234
Austin, Texas 78703
lawrencefirm@aol.com
lawrencefirm@gmail.com
celesteguerralaw2017@gmail.com
lory.lawrencefirm@gmail.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp

3