United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRONTERA MULTISERVICES, LLC | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-00520 |
| | § | |
| SCOTTSDALE INSURANCE COMPANY | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Frontera Multiservices, LLC, and Defendant Scottsdale Insurance Company is granted.

IT IS ORDERED that all claims made in this lawsuit are dismissed with prejudice, with each party to bear its own costs.

Signed this 22d day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE